# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 7, 2010

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| LARRY D. STORIE, | Appeal from the United States District |
|      *Plaintiff-Appellant,* | Court for the Southern District of Indiana, |
| | Indianapolis Division. |
| No. 09-1675     *v.* | |
| | No. 1:07-cv-22-WTL-DML |
| RANDY'S AUTO SALES, LLC, | |
|      *Defendant/Third-Party* | William T. Lawrence, |
|      *Plaintiff/Appellee,* | *Judge.* |
|          *v.* | |
| ST. PAUL MERCURY INSURANCE COMPANY, | |
|      *Third-Party* | |
|      *Defendant/Appellee.* | |

## O R D E R

The slip opinion issued in the above-entitled cause on December 17, 2009 is amended as follows:

> On page 13, lines 3 and 23, the name "Randy's" should replace
> "Storie" as the first word of the each paragraph.